1  KAREN P. HEWITT
   United States Attorney
2  LEAH R. BUSSELL
   Assistant U.S. Attorney
3  California State Bar No. 141400
   Office of U.S. Attorney
4  Federal Office Building
   880 Front Street, Room 6293
5  San Diego, California 92101-8893
   Telephone: (619) 557-5977
6
   Attorneys for Plaintiff
7  United States of America

8

```
                          FILED
                    07 DEC 14 PM 4:14
                    CLERK, U.S. DISTRICT COURT
                    SOUTHERN DISTRICT OF CALIFORNIA
                    BY:              DEPUTY
```

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CHRISOPHER JOHN DEL ROSARIO ) <br> ) <br> Defendant. ) <br> ) | Criminal No. 06CR2213-WQH <br><br> EX PARTE PETITION FOR <br> REMISSION OF FINE <br> AND ORDER THEREON |

The United States of America, by its undersigned attorneys, petitions this court pursuant to 18 U.S.C. § 3573, as amended by P.L. 100-690, Nov. 18, 1988, for remission of the fine and penalty assessment imposed in this case.

## STATEMENT OF FACTS

1. On January 16, 2007, United States District Judge WILLIAM Q. HAYES rendered judgment against the above-captioned defendant, levying a fine of $500.00 and a $100 assessment..

///

///

///

///

LRB:lap:2007a32747

2. On August 8, 2007, the United States Attorney's Financial Litigation Unit staff mailed the defendant a demand letter, addressed to the defendant's last home of record, MCC San Diego. The defendant did not respond. Defendant was released and was deported to Mexico on September 6, 2007.

3. All skip-tracing methods and asset searches have been to no avail.

4. The United States Attorney has been unable to collect the fine.

5. 18 U.S.C. § 3573 provides that:

> Upon petition by the government that reasonable efforts to collect the fine or assessment are not likely to be effective, the court may in the interest of justice-
>
> 1) remit all or part of the unpaid portion of the fine or special assessment, including interest and penalties . . . .

Public Law 100-690 (November 18, 1988) amends 18 U.S.C. § 3573 by providing that this statute shall apply to all fines and assessments, irrespective of the date of imposition.

6. The United States Attorney has determined that there is no reasonable likelihood that expending further efforts to collect this fine would produce any revenue to the United States. Any further effort would, in fact, be contrary to the interests of the United States because they would needlessly expend resources that could be better directed to areas with greater potential for recovery.

THEREFORE, the United States Attorney petitions this court for an order pursuant to 18 U.S.C. § 3573, as amended, remitting the fine and penalty assessment, including interest and penalty.

///
///
///
///
///
///
///
///

STATEMENT OF ACCOUNT:

| | |
|---|---|
| Fine | $500.00 |
| Penalty Assessment | $100.00 |
| SubTotal | $600.00 |
| Payments: | 0 |
| TOTAL DUE | $600.00 |

DATED: 12/12/07

KAREN P. HEWITT
United States Attorney

LEAH R. BUSSELL
Assistant U.S. Attorney

**O R D E R**

IT IS SO ORDERED.

DATED: 12/13/07

WILLIAM Q. HAYES
Judge of the District Court